
ORIGINAL

**FILED**

07/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0065

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0065

L. CRAIG SEMENZA,

      Plaintiff and Appellant,

  v.

HOLLISTER A. LARSON, et al, and
HOLLY JEAN LARSON, both individually and
collectively d/b/a FIRST & MAIN BUILDING,

      Defendants and Appellees

FILED

JUL 18 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant L. Craig Semenza has filed a motion for extension of time within to file his opening brief.

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED.

Appellant has until August 15, 2022, or earlier within which to file his opening brief.

DATED this _____ day of July, 2022.

For the Court,

_____
Chief Justice